United States District Court
Southern District of Texas
**ENTERED**
April 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| Quincy James Gordon, | § | |
| | § | |
| Plaintiff, | § | Case No. 4:22-cv-00092 |
| | § | |
| v. | § | |
| | § | |
| Hyatt Corporation, d/b/a Hyatt | § | |
| House Houston/Galleria, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTIONS FOR EXTENSION

Plaintiff Quincy James Gordon has filed multiple motions for extension in this case that was recently referred to the undersigned judge. *See* Dkt. 118. All of them are resolved herein.

First, Gordon sought multiple extensions of time to respond to Defendant Noor Hasan's motion for summary judgment. *See* Dkt. 52 (October 20, 2023 motion for summary judgment); Dkt. 56 (Gordon's November 9, 2023 first motion for extension); Dkt. 58 (Gordon's November 17, 2023 motion to rest the motion for summary judgment); Dkt. 62 (Gordon's December 1, 2023 second motion for extension). These motions, which Hasan opposed, asserted that Gordon's counsel encountered delays due to family emergencies and needed further depositions to prepare an adequate response. *See generally id.* On

January 31, 2024—the deadline that Gordon had requested via his motions for extension—Gordon filed an 80-page response to Hasan's motion for summary judgment, Dkt. 69, which the Court struck with leave to file a shorter response, Dkt. 78.  On February 20, 2024, Gordon filed his amended response.  Dkt. 80.

Because Gordon has already filed a response pursuant to this Court's directive, the undersigned **GRANTS** Gordon's previous requests for extension (Dkt. 56, 58, 62) ***nunc pro tunc***, finding good cause and no prejudice to Hasan, and accepts the amended response (Dkt. 80) as filed.

More recently, three other defendants filed summary judgment motions (Dkt. 101, 103, 104) that prompted Gordon to request a 30-day extension of time to respond.  Dkt. 119 (filed April 22, 2024).  At the time, Gordon did not know if those defendants were opposed.  *See* Dkt. 119 at 6.  But the next day, Gordon filed an amended motion stating that the relevant defendants do not oppose his requested extension.  Dkt. 121 at 2.  Given the volume of summary judgment briefing, Gordon has shown good cause for an extension.  It is therefore **ORDERED** that Gordon's motions for extension (Dkt. 119, 121) to respond to the other three motions for summary judgment are **GRANTED**.  Gordon must file his responses no later than **May 22, 2024**.

Signed on April 24, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge

2