United States District Court
Southern District of Texas
**ENTERED**
May 28, 2024
Nathan Ochsner, Clerk

IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Quincy James Gordon, § | |
| § | |
| *Plaintiff,* § | |
| § | Case No. 4:22-cv-00092 |
| v. § | |
| § | |
| Hyatt Corporation, d/b/a Hyatt § | |
| House Houston/Galleria, et al., § | |
| § | |
| *Defendants.* § | |

## ORDER STRIKING RESPONSES

Plaintiff Quincy James Gordon has filed multiple responses to Defendants' motions for summary judgment. Dkt. 130, 131, 132. These documents are deficient because they exceed the allowable page limit. Judge Alfred H. Bennett, Court Procedures and Practices § B(5)(e) (imposing twenty-page limit, "including the case style, any table of contents or authorities, and signature block"); *see also* Judge Yvonne Y. Ho, Court Procedures and Practices (for referral cases, the District Judge's procedures "supersede any conflicting requirements").

The Court granted Gordon leave to file a twenty-five-page response to Defendant Noor Hasan's motion for summary judgment. Dkt. 78. But Gordon has not requested an extension of the page limit for his remaining response motions. And in any event, those motions exceed twenty-five pages.

*See* Dkt. 130, 131, 132.

It is therefore **ORDERED** that Gordon's response briefs (Dkt. 130, 131, 132) are **STRICKEN** from the record. Gordon has until **June 4, 2024** to file compliant versions of those documents. Defendants may file a reply to Gordon's amended responses in accordance with Judge Bennett's Procedures and Practices.

Signed on May 28, 2024 at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge